FILED BY _____ D.C.
05 MAY -2  PM 2: 09
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY _____ D.C.
05 APR 27 PM 2: 02
Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                       No. 03-20343-D

CRYSTAL N. GREER,

    Defendant.

## MOTION TO CONTINUE SENTENCING

Comes now, defendant, Crystal N. Greer, by and through undersigned appointed attorney of record, Howard B. Manis, does hereby move this court for entry of an order continuing the sentencing hearing in the above referenced matter. In support of said motion, defendant would respectfully state the following:

1. The sentencing hearing in this matter is currently set for May 2, 2005.

2. Counsel for Defendant received additional discovery from the United States during the week of April 18, 2005.

3. This additional discovery needs to be reviewed by counsel with the defendant.

4. Counsel for the defendant was in a first degree murder trial in Criminal Division 5, Judge Joseph Dailey during the entire week of April 18 thru April 22, 2005.

5. Counsel for the defendant is currently serving on jury duty for the criminal courts of the state of Tennessee during the week of April 25 thru April 29, 2005.

**MOTION GRANTED**
DATE: 5-2-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

{L:\WDOX\BKClient\70375\001\pld\00001816.DOC}

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-2-05

(177)

6. Due to the above referenced conflicts, counsel for the defendant has been unable to meet with the defendant and review the additional discovery.

7. Counsel for the defendant would request an additional fifteen (15) days to meet with the client, review the discovery and prepare for the sentencing hearing.

8. Counsel for the defendant has spoken with Assistant United States Attorney Tom Culthurst, who has no opposition to this motion.

WHEREFORE, Defendant, by and through counsel, moves that the sentencing hearing currently set for May 2, 2005 be, and the same is hereby, continue for fifteen (15) days.

Respectfully submitted,

Howard B. Manis
80 Monroe, Suite G-1
Memphis, TN 38103
(901) 524-0200
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance has been served on the following party via U.S. Mail, postage thereon prepaid, this the 27 day of April 2005.

Mr. Tom Culthurst
Assistant U.S. Attorney
167 North Main, Suite 800
Federal Building
Memphis, TN 38103

Howard B. Manis

{L:\WDOX\BKClient\70375\001\pld\00001816.DOC}

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 177 in case 2:03-CR-20343 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT